IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gresik, James F | Case Number:  07 B 18173 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/3/08 | Filed:  10/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 17, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,200.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,135.20 |
| Trustee Fee: | | 64.80 |
| Other Funds: | | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert N Honig | Administrative | 3,500.00 | 1,135.20 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 91,641.59 | 0.00 |
| 4. | Nordstrom | Unsecured | 53.86 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 35.98 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 37.89 | 0.00 |
| 7. | American Express Travel Relate | Unsecured | 2,532.36 | 0.00 |
| 8. | B-Real LLC | Unsecured | 187.34 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 705.72 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,348.63 | 0.00 |
| 11. | Nicor Gas | Unsecured | 242.41 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 683.78 | 0.00 |
| 13. | Oak Trust Credit Union | Secured | | No Claim Filed |
| 14. | Oak Trust Credit Union | Secured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Armor Systems Co | Unsecured | | No Claim Filed |
| 17. | Chase Bank | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Discover Financial Services | Unsecured | | No Claim Filed |
| 20. | Medical Payment Data | Unsecured | | No Claim Filed |
| 21. | Merchandise Credit Guide | Unsecured | | No Claim Filed |
| 22. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 23. | Shell Citibank | Unsecured | | No Claim Filed |
| 24. | Oak Trust Credit Union | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gresik, James F

Printed: 6/3/08

Case Number: 07 B 18173
Judge: Wedoff, Eugene R
Filed: 10/4/07

|  |  |
|---|---|
| _____ | _____ |
| $ 100,969.56 | $ 1,135.20 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.80 |
|  | _____ |
|  | $ 64.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____